STATUS
## CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: SPATT    DATE: January 12, 2010   TIME: 9:00
DOCKET NUMBER: CV-07-1080

TITLE: THE PRUDENTIAL LIFE INSURANCE v. DUKOFF, NEIL, et al.

COURT DEPUTY: MARY ELLEN SCHAFFNER

APPEARANCES: FOR PLAINTIFF: Jodie L. Ousley, Esq.

~~Michelle J. D'Arcambal, Esq.~~

FOR DEFENDANT: Eve-Lynn Gisonni, Esq.

C/R Dominick Tursi

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 12 2010 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ STATUS CONFERENCE HELD

___ CASE MARKED READY FOR TRIAL

___ FURTHER STATUS CONFERENCE SCHEDULED FOR _____

✓ OTHER Case settled after settlement discussions. Stip'd settlement entered on the record. Case + counterclaim dismissed w/o costs, interest, disbursements or attorney's fees. Case Closed.

U.S.D.J.   1/12/10